# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:23-cr-049 |
| | : | JUDGE SARAH D. MORRISON |
| v. | : | |
| RAYMON L. JOHNSON, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 50). Upon consideration of the United States' Motion and the record of this case, the Court finds that:

1. On September 29, 2023, a Preliminary Order of Forfeiture (Doc. 38) was entered in this case finding that the requisite nexus exists between the subject property identified therein and the violation to which Defendant Raymon L. Johnson agreed to plead guilty and ordering the defendant to forfeit his interest in the property to the United States in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

2. In accordance with 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States provided notice of the entry of this order of forfeiture to third parties who may assert a legal interest in the property described therein via publication on the government's official internet site, www.forfeiture.gov, for at least 30 consecutive days *(see* Declaration of Publication, Doc. 41); and

3.      No petitions asserting a legal interest in the forfeited property have been filed in this case and the time for the filing of such petitions has expired.  Therefore, there are no parties who reasonably appear to be a potential claimant with standing to contest the forfeiture of the property that is the subject of the Preliminary Order of Forfeiture; and

4.      On March 12, 2024, the Judgment (Doc. 48) was issued in this case adjudicating Defendant Raymon L. Johnson guilty of the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and sentencing him, among other things, to forfeit his interest in the property described in this case to the United States; and

5.      The property described in this case is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon this violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.      That all right, title, and interest in and to the following property is hereby **FORFEITED** to the United States of America:

> An HW .38 caliber handgun, bearing Serial Number 403724, and all associated magazines and ammunition.

2.      That the designated agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

3

3. That any and all claims and interests in and to the above-described forfeited property are forever barred and no right, title, or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

**ORDERED** this _____ day of ____April____, 2024.

_____
HONORABLE SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Elizabeth A. Geraghty
ELIZABETH A. Geraghty (0072275)
Assistant United States Attorney